IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO.: 5:00cr32-SPM

JUDY GRACE SELLERS,

        Defendant.
_____/

**ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

This cause comes before the Court for consideration of Defendant's letter dated September 19, 2005, which has been treated as a motion for early termination of supervised release. (Doc. 86). Defendant has been on supervised release for approximately 14 months, during which time she has complied with all conditions.

After a period of one year, supervised release may be terminated if "warranted by the conduct of the defendant released and in the interest of justice." 18 U.S.C. § 3583(e). The statute directs the Court to make an evaluation based on 18 U.S.C. § 3553(a)(1) (nature and circumstances of the offense and the defendant's history and characteristics), (a)(2)(B) (need to deter criminal conduct), (a)(2)(C) (need to protect public from further crime by defendant), (a)(2)(D) (need to provide defendant with correctional treatment),

(a)(4) (the kinds of sentences and sentencing range established for defendants with similar characteristics under applicable Sentencing Commission guidelines and policy statements), (a)(5) (any pertinent policy statement of the Sentencing Commission in effect on the date of sentencing), and (a)(6) (need to avoid unwarranted disparities among similar defendants).

In considering these factors, the Court notes that Defendant absconded before sentencing and remained a fugitive from April 30, 2001 until she was arrested in Biloxi, Mississippi on May 30, 2002.  See doc. 47.  Since being released from prison (for making and passing off counterfeit currency and for failure to appear), Defendant has not integrated into the community.  Defendant is dependent on others for her support, which adds to the risk that she may reoffend.

Upon completion of two years of supervised release, Defendant may reapply for early termination.  At this time, however, it is in the interest of justice to keep Defendant on supervised release to insure that Defendant remains in compliance with the law.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion for early termination of supervised release (doc. 86) is denied.

DONE AND ORDERED this 19th day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge